**CRIMINAL CASE COVER SHEET**           **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**

City  Clarksdale

County  Coahoma

**Related Case Information**

Superseding Indictment _____  Case Number _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes  ☑ No   If yes, Matter to be sealed: ☐ Yes  ☐ No

Defendant Name  Andre Kirkland

Alias Name  n/a

Address  ▉▉▉ Drive Cleveland, MS 39732

DOB ▉▉1961  SS# ▉▉3562  Sex M  Race W  Nationality US

Represented by: _____

**U.S. Attorney Information:** AUSA  J. Scott Gilbert   Bar # 102123

Interpreter: ☐ Yes  ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts  9    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 1349 | Conspiracy to Commit Health Care Fraud | 1 |
| Set 2  18 USC 1347 | Health Care Fraud | 2-9 |
| Set 3 | | |
| Set 4 | | |

Date: 10-21-15    Signature of AUSA  /s/ [signature]

**District Court Case Number:**
(To be entered by Clerk)    4:15 CR 130